DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CEDI PACHECO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3210

[November 25, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 16-003828CF10A.

Jonathan E. Jordan of Rier Jordan, P.A., Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña and Matthew Steven Ocksrider, Assistant Attorneys General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH, JJ., and NUTT, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***